*In re* MANUEL DÍAZ COLLAZO.

*Números:* TS-6484    *Resueltos:* 16 de noviembre de 2016
CP-2016-9

---

[5] 32 LPRA sec. 3077 *et seq.*

*Manuel A. Díaz Rivera*, representante e hijo del querellado.

## RESOLUCIÓN

Examinada la Moción para Presentar Documento y Solicitud de Paralización de Procedimientos y en vista de que la petición de paralizar los procedimientos disciplinarios en contra del Lcdo. Manuel Díaz Collazo ya fue denegada por este Tribunal el 30 de junio de 2016, *se provee "no ha lugar" a la solicitud del Lcdo. Manuel A. Díaz Rivera.*

Por otra parte, ante el craso incumplimiento del licenciado Díaz Collazo con las órdenes de este Tribunal, *se le suspende inmediata e indefinidamente del ejercicio de la notaría. Se le concede al licenciado Díaz Rivera un término final e improrrogable de 30 días para que muestre causa por la cual el licenciado Díaz Collazo no debe ser suspendido inmediatamente del ejercicio de la abogacía. Dentro de ese mismo término deberá contestar la querella presentada por la Procuradora General en el caso CP-2016-9 y deberán subsanarse las deficiencias de la obra notarial. De incumplir con nuestra orden, el licenciado Díaz Collazo será suspendido inmediata e indefinidamente de la abogacía.*

*Notifíquese personalmente.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*